UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICHOLAS STOLINAS,

    Plaintiff,

v.                                      Case No.: 2:18-cv-702-FtM-38MRM

WALTER PALMER,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on *sua sponte* review of the file. In deciding Defendant Walter Palmer's Motion to Strike Plaintiff's Demand for Jury Trial (Doc. 30), United States Magistrate Judge Mac R. McCoy ordered Plaintiff Nicholas Stolinas to notify the Court whether he wished to proceed under diversity or admiralty jurisdiction (Doc. 35), and Stolinas chose diversity jurisdiction (Doc. 36).

Because federal courts have limited jurisdiction, they are "obligated to inquire into subject matter jurisdiction *sua sponte* whenever it may be lacking." *Univ. of S. Ala. v. Am. Tobacco Co.*, 168 F.3d 405, 410 (11th Cir. 1999). "Diversity jurisdiction exists over a controversy between citizens of different states." *McCormick v. Aderholt*, 293 F.3d 1254, 1257 (11th Cir. 2002). In his Complaint, Stolinas states that he is a resident of Florida

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

and Palmer is a resident of Minnesota. (Doc. 1). But individuals are citizens where they are domiciled, not necessarily where they reside. *Id.* Because Stolinas does not state the citizenship of the parties, the Court cannot determine whether it has diversity jurisdiction over this case.

Accordingly, it is now

**ORDERED:**

Plaintiff Nicholas Stolinas is **ORDERED** to file an amended complaint that includes facts establishing diversity jurisdiction on or before **June 20, 2019**. **Failure to do so will result in dismissal of this case without further notice.**

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of June, 2019.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record