UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICHOLAS STOLINAS,

    Plaintiff,

v().                                Case No.: 2:18-cv-702-FtM-38MRM

WALTER PALMER,

    Defendant.
_____/

**ORDER**

    This Court has determined that certain telephone call detail records currently in the possession and custody of Verizon Wireless, Inc. are relevant to this action, must be produced in discovery, and cannot be obtained independently by the parties without an Order compelling their production.

    Accordingly, it is

    **ORDERED**:

    (1) The Custodian of Records for:

**Verizon Wireless, Inc.**
**Attn: VSAT**
**180 Washington Valley Road**
**Bedminster, NJ 07921**
**Facsimile: (888) 667-0028**

shall produce to counsel for Defendant Walter Palmer:

**Elisabeth Fontugne, Esq.**
**Cole, Scott & Kissane, P.A.**
**4301 W. Boy Scout Blvd., Suite 400**
**Tampa, FL 33607**
**elisabeth.fontugne@csklegal.com**

<u>within 14 days of the date of service of this Order</u>, an electronic copy of the following records created by Verizon Wireless, Inc.:

**All call detail records for telephone number account (952) 423-8868 <u>from June 1, 2016 beginning at 00:00 AM to July 31, 2016 ending at 11:59 PM</u>, showing all known outgoing and incoming calls associated with this account, including the date, time, and duration of each call, <u>limited to</u> calls made to or received from the following two telephone numbers:**

- **(239) 394-2502.**

- **(239) 384-4928.**

(2) Service of this Order shall be made via facsimile, as the Custodian of Records for Verizon Wireless, Inc. has agreed to this method of service.[1]

---

[1] *See* Verizon Security Assistance Team (VSAT) webpage, procedures for submitting court orders for records, available at: https://www.verizon.com/support/residential/account/manage-account/security/security-assist-team

**DONE** and **ORDERED** in Fort Myers, Florida on November 17, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record